IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Label$Dollars, Corp., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 06 - 594 |
| v. | ) | C.A. No. 06-_____ |
| | ) | |
| Premark FEG L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## LABEL$DOLLARS, CORP.'S RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Label$Dollars, Corp. ("Label$Dollars") hereby certify that Label$Dollars has no parent corporation and that there are no publicly held corporations that own 10% or more of Label$Dollar's stock.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ John Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

– and –

Norman H. Zivin
Tonia A. Sayour
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

Attorneys for Plaintiff Label$Dollars, Corp.

Dated: September 25, 2006