AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                              District of        Delaware

LABEL$DOLLARS, CORP.,

V.                                          **SUMMONS IN A CIVIL CASE**

                              CASE NUMBER:   06 - 594

PREMARK FEG L.L.C.

TO: (Name and address of Defendant)

PREMARK FEG L.L.C.
Delaware Corporation Organizers, Inc.
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
YOUNG CONAWAY
   STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                 9/25/06

CLERK                                           DATE

_E Shickus_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9/26/06 @ 11:15am |
| NAME OF SERVER (PRINT) Joseph Saienni | TITLE | Special Process Server |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served PREMARK FEG L.L.C. by serving Delaware Corporation Organizers, Inc. at 1201 N. Market St, Wilmington, DE 19801. Accepted by Chris Deardorff.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/06
            /Date

/Signature of Server  Joseph Saienni

PAPCOLS Inc.
230 N. Market St.
Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.