IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Label$Dollars, Corp., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-594-JJF |
| | ) |
| Premark FEG L.L.C., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Premark FEG L.L.C. to move, answer or otherwise plead in response to the Complaint is extended until November 16, 2006.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Josy W. Ingersoll | /s/ Rodger D. Smith II |
| Josy W. Ingersoll (#1088) | Rodger D. Smith II (#3778) |
| John W. Shaw (#3362) | 1201 N. Market Street |
| Adam W. Poff (#3990) | P.O. Box 1347 |
| 1000 West Street, 17th Floor | Wilmington, DE  19899 |
| P.O. Box 391 | (302) 658-9200 |
| Wilmington, DE  19899 | rsmith@mnat.com |
| (302) 571-6600 |   *Attorneys for Defendant* |
| apoff@ycst.com | |
|   *Attorneys for Plaintiff* | |

SO ORDERED this ___ day of October 2006.

_____
United States District Court Judge

540907