IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 06-594-JJF |
| | ) |
| PREMARK FEG L.L.C, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL</u>**

**PLEASE TAKE NOTICE** that Jeffrey L. Moyer and Anne Shea Gaza of Richards, Layton & Finger are substituted for Rodger D. Smith, II of Morris, Nichols, Arsht & Tunnell LLP, as counsel for Premark FEG L.L.C. in the above-captioned action.

_/s/ Rodger D. Smith, II_
Rodger D. Smith, II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
rsmith@mnat.com
Telephone: (302) 351-9205

Dated: November 15, 2006

_/s/ Anne Shea Gaza_
Jeffrey L. Moyer (# 3309)
Anne Shea Gaza (# 4093)
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, Delaware 19899
moyer@rlf.com
gaza@rlf.com
Telephone: (302) 651-7700

Dated: November 15, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>   Josy W. Ingersoll, Esquire
>   John W. Shaw, Esquire
>   Young, Conaway, Stargatt &
>     Taylor LLP
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, DE 19899-0391

I hereby certify that on November 15, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

>   Norman H. Zivin, Esquire
>   Tonia A. Sayour, Esquire
>   Cooper & Dunham LLP
>   1185 Avenue of the Americas
>   New York, NY 10036

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3082214-1