IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LABEL$DOLLARS, CORP., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | C.A. No. 06-594 (JJF) |
| ) | |
| v. ) | |
| ) | |
| PREMARK FEG, L.L.C., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## DEFENDANT'S MOTION TO DISMISS
## COUNTS III, IV, AND V OF THE COMPLAINT

Defendant Premark FEG, L.L.C., by and though its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Counts III, IV, and V of Plaintiff Label$Dollars, Corp.'s Complaint with prejudice. The grounds for this motion are fully set forth in Defendant's Opening Brief In Support of Its Motion to Dismiss Counts III, IV, and V of the Complaint, filed contemporaneously herewith.

OF COUNSEL:
Richard J. O'Brien
Richard T. McCaulley
Christopher B. Seaman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: November 16, 2006

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
moyer@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Defendant/Counterclaim
Plaintiff Premark FEG, L.L.C*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Young, Conaway, Stargatt &
>  Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391

I hereby certify that on November 16, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Norman H. Zivin, Esquire
> Tonia A. Sayour, Esquire
> Cooper & Dunham LLP
> 1185 Avenue of the Americas
> New York, NY 10036

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | C.A. No. 06-594 (JJF) |
| ) | |
| v. ) | |
| ) | |
| PREMARK FEG, L.L.C., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS III, IV, AND V OF THE COMPLAINT

AND NOW, upon consideration of Defendant's Motion to Dismiss Counts III, IV and V of the Complaint, and all briefs submitted in support thereof and in opposition thereto,

IT IS HEREBY ORDERED this _____ day of _____, 200___, that Defendant's Motion is GRANTED, and Counts III, IV, and V of the Complaint are DISMISSED WITH PREJUDICE.

_____
United States District Judge

RLF1-3083274-1