IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., </br></br>Plaintiff/Counterclaim Defendant, </br></br>v. </br></br>PREMARK FEG, L.L.C., </br></br>Defendants/ Counterclaim Plaintiff. | C.A. No. 06-594 (JJF) </br></br>**DEMAND FOR JURY TRIAL** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Norman H. Zivin, Esquire and Tonia A. Sayour, Esquire, to represent Plaintiff, Label$Dollars, Corp. in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
_____
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
Attorneys for Plaintiff, Label$Dollars, Corp.

Dated: November 20, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Norman H. Zivin, Esquire and Tonia A. Sayour, is granted.

Date: _____, 2006

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Label$Dollars, Corp., <br><br> Plaintiff, <br><br> v. <br><br> Premark FEG L.L.C., <br><br> Defendants. | Civil Action No. 06 CV 594 (JJF) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rules 83.5, I, Norman H. Zivin, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 had been paid to the Clerk of Court, or, if not paid previously, the fee payment will submitted to the Clerk's Office upon the filing of this motion.

Date: November 16, 2006

_____
Norman H. Zivin, Esq.
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 278-0400
Fax: (212) 391-0525

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Label$Dollars, Corp., <br><br> Plaintiff, <br><br> v. <br><br> Premark FEG L.L.C., <br><br> Defendants. | Civil Action No. 06 CV 594 (JJF) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rules 83.5, I, Tonia A. Sayour, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 had been paid to the Clerk of Court, or, if not paid previously, the fee payment will submitted to the Clerk's Office upon the filing of this motion.

Date: November 16, 2006

Tonia A. Sayour, Esq.
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.: (212) 278-0400
Fax: (212) 391-0525

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on November 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rodger D. Smith, II, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>Wilmington, DE 19801

I further certify that on November 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Josy W. Ingersoll (No. 1088)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller.com
>*Attorneys for Plaintiffs*