IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | C.A. No. 06-594 (JJF) |
| ) | |
| v. ) | |
| ) | |
| PREMARK FEG, L.L.C., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## MOTION AND ORDER FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Richard J. O'Brien, Richard T. McCaulley, Jr. and Christopher B. Seaman of Sidley Austin LLP to represent Defendant/Counterclaim Plaintiff Premark FEG, LLC.

OF COUNSEL:
Richard J. O'Brien
Richard T. McCaulley
Christopher B. Seaman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*/s/ Anne Shea Gaza*
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
moyer@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Defendant/Counterclaim Plaintiff Premark FEG, L.L.C*

Dated: November 30, 2006

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

RLF1-3087194-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

/s/ Richard J. O'Brien
Richard J. O'Brien
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Dated: 11/28/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

／s／ Richard T. McCaulley, Jr.
Richard T. McCaulley, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Dated: _November 27, 2006_

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Pennsylvania and Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Christopher B. Seaman
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Dated: 11/27/06

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>   Josy W. Ingersoll, Esquire
>   John W. Shaw, Esquire
>   Young, Conaway, Stargatt &
>     Taylor LLP
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, DE 19899-0391

I hereby certify that on November 30, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

>   Norman H. Zivin, Esquire
>   Tonia A. Sayour, Esquire
>   Cooper & Dunham LLP
>   1185 Avenue of the Americas
>   New York, NY 10036

>   /s/ Anne Shea Gaza
>   Anne Shea Gaza (#4093)
>   Gaza@rlf.com
>   Richards, Layton & Finger, P.A.
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, Delaware 19899
>   (302) 651-7700

RLF1-3082214-1