IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PREMARK FEG, L.L.C., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | C.A. No 0.06 - 594 (JJF)<br><br><br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT/COUNTERCLAIM PLAINTIFF PREMARK FEG, L.L.C.'S
REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S
MOTION TO DISMISS COUNTS III, IV AND V OF THE COMPLAINT**

Plaintiff/Counterclaim Defendant Label$Dollars, Corp. ("Label$Dollars") initiated the above-captioned lawsuit by filing its Complaint on September 25, 2006. (D.I. 1). On November 16, 2006, Defendant/Counterclaim Plaintiff Premark FEG, L.L.C. ("Premark") filed its Answer to Counts I and II of the Complaint and asserted its Counterclaim against Label$Dollars. (D.I. 8) On that same day, Premark also filed its Motion to Dismiss Counts III, IV and V of the Complaint (the "Motion") and opening brief in support thereof. (D.I. 10, 11).

Label$Dollars filed its answering brief in opposition to the Motion on December 4, 2006. (D.I. 14). On December 6, 2006, Label$Dollars filed its Answer to the Premark's Counterclaim. (D.I. 15). With the filing of Defendant's reply brief on December 14, 2006, the parties have completed briefing on the Motion. (D.I. 16). Accordingly, pursuant to Delaware District Court Local Rule 7.1.4, Defendant respectfully requests that oral argument be scheduled on the Motion at the Court's convenience.

RLF1-3094439-1

OF COUNSEL:
Richard J. O'Brien
Richard T. McCaulley
Christopher B. Seaman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: December 15, 2006

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
moyer@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Defendant/Counterclaim Plaintiff Premark FEG, L.L.C.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> John W. Shaw, Esquire
> Karen E. Keller
> Young, Conaway, Stargatt &
>   Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391

I hereby certify that on December 15, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Norman H. Zivin, Esquire
> Tonia A. Sayour, Esquire
> Cooper & Dunham LLP
> 1185 Avenue of the Americas
> New York, NY 10036

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3082214-1