IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMARK FEG, L.L.C., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 06-594 (JJF) <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

**WHEREAS,** under the Rule 16 Schedule Order entered in this case (D.I. 22), Label$Dollars, Corp. ("Label$Dollars") and Premark FEG, L.L.C. ("Premark") are due to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 by January 25, 2008;

**WHEREAS,** the parties have discussed a possible resolution and settlement of this matter and desire an additional two (2) weeks to continue discussions;

**THEREFORE,** the parties hereby stipulate and agree, subject to order of the Court, as follows:

1. Label Dollars and Premark shall have until February 8, 2008, to exchange the information required under Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. All other deadlines set forth in the Rule 16 Schedule Order entered on December 28, 2007 (D.I. 22) shall remain applicable.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Karen E. Keller | /s/ Anne Shea Gaza |
| Josy W. Ingersoll (#1088) | Jeffrey L. Moyer (#3309) |
| John W. Shaw (#3362) | Anne Shea Gaza (#4093) |
| Karen E. Keller (#4489) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, DE 19081 |
| Wilmington, DE 19899-0391 | Telephone: (312) 651-7718 |
| Telephone: (302) 571-6600 | Facsimile: (302) 498-7718 |
| Facsimile: (302) 571-1253 | moyer@rlf.com |
| jshaw@ycst.com | gaza@rlf.com |
| kkeller@ycst.com | |
| OF COUNSEL: | OF COUNSEL: |
| COOPER & DUNHAM LLP | Richard J. O'Brien |
| Norman H. Zivin (pro hac vice) | Richard T. McCaulley |
| Tonia A. Sayour (pro hac vice) | Christopher B. Seaman |
| 1185 Avenue of the Americas | SIDLEY AUSTIN LLP |
| New York, NY 10036 | One South Dearborn Street |
| Telephone: (212) 278-0400 | Chicago, IL 60603 |
| Facsimile: (212) 391-0525 | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| Attorneys for Plaintiff/Counterdefendant Label$Dollars, Corp. | Attorneys for Defendant/Counterplaintiff Premark FEG, L.L.C. |

**SO ORDERED** this _____ day of January, 2008.

_____
Judge Joseph J. Farnan, Jr., U.S.D.C.