IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMARK FEG, L.L.C., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 06-594 (JJF) <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2008, counsel for Defendant/Counterclaim Plaintiff served copies of Defendant/Counterclaim Plaintiff Premark FEG, L.L.C.'s Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon the following counsel of record in the manner and at the addresses indicated below:

**VIA HAND DELIVERY**

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt &
 Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**VIA FEDERAL EXPRESS**

Norman H. Zivin, Esquire
Tonia A. Sayour, Esquire
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

|  |  |
|---|---|
| OF COUNSEL:<br>Richard J. O'Brien<br>Richard T. McCaulley<br>Christopher B. Seaman<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Dated: February 8, 2008 | /s/ Anne Shea Gaza<br>Jeffrey L. Moyer (#3309)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19081<br>Telephone: (312) 651-7718<br>Facsimile: (302) 498-7718<br>moyer@rlf.com<br>gaza@rlf.com<br>*Attorneys for Defendant/Counter Plaintiff Premark FEG, L.L.C.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> John W. Shaw
> Young, Conaway, Stargatt &
>   Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on February 8, 2008, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Norman H. Zivin, Esquire
> Tonia A. Sayour, Esquire
> Cooper & Dunham LLP
> 1185 Avenue of the Americas
> New York, NY 10036

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3082214-1