IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., )<br>)<br>    Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PREMARK FEG, L.L.C., )<br>)<br>    Defendants/ Counterclaim Plaintiff. ) | C.A. No. 06-594 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2008, copies of *Plaintiff's Initial Disclosures* were caused to be served upon the following counsel of record as indicated below:

**BY FIRST CLASS U.S. MAIL**

Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard J. O'Brien, Esquire
Richard T. McCaulley, Esquire
Christopher B. Seaman, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

PLEASE TAKE FURTHER NOTICE that on February 11, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

DB02:6566956.1                                                                                                                    065629.1001

Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Additionally, this Notice of Service was served by e-mail on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Richard J. O'Brien, Esquire
Richard T. McCaulley, Esquire
Christopher B. Seaman, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Karen E. Keller
          Josy W. Ingersoll (No. 1088)
          *jingersoll@ycst.com*
          John W. Shaw (No. 3362)
          *jshaw@ycst.com*
          Karen E. Keller (No. 4489)
          *kkeller@ycst.com*
          The Brandywine Building, 17th Floor
          1000 West Street
          Wilmington, DE 19801
          302-571-6600

Dated: February 11, 2008          *Attorneys for Plaintiff*