IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PREMARK FEG, L.L.C., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 06-594 (JJF) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2008, counsel for Defendant and Counterplaintiff Premark FEG, L.L.C. served Defendant and Counterplaintiff Premark FEG, L.L.C.'s First Set of Requests for Production to Plaintiff and Counterdefendant Label$Dollars, Corp. (Nos. 1-58) and Defendant/Counterplaintiff Premark FEG, L.L.C.'s First Set of Interrogatories to Plaintiff and Counterdefendant Label$Dollars, Corp. (Nos. 1-22) upon the following counsel of record in the manner and at the addresses indicated below:

**VIA FIRST CLASS MAIL**

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt &
  Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**VIA FIRST CLASS MAIL**

Norman H. Zivin, Esquire
Tonia A. Sayour, Esquire
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

RLF1-3252196-1

OF COUNSEL:
Richard J. O'Brien
Richard T. McCaulley
Christopher B. Seaman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: March 24, 2008

*/s/ Anne Shea Gaza*
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19081
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
moyer@rlf.com
gaza@rlf.com
*Attorneys for Defendant/CounterPlaintiff Premark FEG, L.L.C.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I hereby certify that on March 24, 2008, I have sent by Federal Express the foregoing document to the following non-registered participants:

Norman H. Zivin, Esquire
Tonia A. Sayour, Esquire
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700