IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Label$Dollars, Corp., <br><br>   Plaintiff/Counterclaim Defendant, <br><br>   v. <br><br>Premark FEG LLC, <br><br>   Defendant/Counterclaim Plaintiff. | C. A. No. 06-594-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2008, copies of : (1) *Plaintiff's First Set of Interrogatories to Defendant (Nos. 1-15)*; and (2) *Plaintiff's First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-61)*, were caused to be served upon the following counsel of record as indicated below:

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL AND ELECTRONIC MAIL**
Richard J. O'Brien, Esquire
Richard T. McCaulley, Esquire
Christopher B. Seaman, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

PLEASE TAKE FURTHER NOTICE that on March 25, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey L. Moyer, Esquire
>Anne Shea Gaza, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801

Additionally, this Notice of Service was served by hand delivery and electronic mail on the above listed local counsel and on the following counsel in the manner indicated:

**BY FIRST CLASS MAIL AND ELECTRONIC MAIL**

>Richard J. O'Brien, Esquire
>Richard T. McCaulley, Esquire
>Christopher B. Seaman, Esquire
>Sidley Austin LLP
>One South Dearborn Street
>Chicago, IL  60603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen Keller
>Josy W. Ingersoll (No. 1088)
>*jingersoll@ycst.com*
>John W. Shaw (No. 3362)
>*jshaw@ycst.com*
>Karen E. Keller (No. 4489)
>*kkeller@ycst.com*
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801
>302-571-6600

Dated:  March 25, 2008                *Attorneys for Plaintiff Label$Dollars, Corp.*