IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | C.A. No. 06-594 (JJF) |
| ) | |
| v. ) | |
| ) | |
| PREMARK FEG, L.L.C., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## STIPULATION AND ORDER

**WHEREAS**, the parties to this action have reached an agreement in principle to resolve their dispute and have entered into letters of intent regarding same;

**WHEREAS**, the parties are in the process of completing all actions necessary to resolve their dispute, and would like to devote their attention and resources these activities, rather than undergo the expense of continuing to litigate against each other;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for three (3) months from the entry of this Order. At the conclusion of that three (3) month period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth: (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' views as to whether a further extension of this stay would be productive.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Karen E. Keller* | */s/ Anne Shea Gaza* |
| Josy W. Ingersoll (#1088) | Jeffrey L. Moyer (#3309) |
| John W. Shaw (#3362) | Anne Shea Gaza (#4093) |
| Karen E. Keller (#4489) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, DE 19081 |
| Wilmington, DE 19899-0391 | (302) 651-7700 |
| (302) 571-6600 | moyer@rlf.com |
| jshaw@ycst.com | gaza@rlf.com |
| kkeller@ycst.com | |
| OF COUNSEL: | OF COUNSEL: |
| Norman H. Zivin | Richard J. O'Brien |
| Tonia A. Sayour | Richard T. McCaulley |
| COOPER & DUNHAM LLP | Christopher B. Seaman |
| 1185 Avenue of the Americas | SIDLEY AUSTIN LLP |
| New York, NY 10036 | One South Dearborn Street |
| (212) 278-0400 | Chicago, IL 60603 |
| | (312) 853-7000 |
| Attorneys for Plaintiff/Counterdefendant Label$Dollars, Corp. | Attorneys for Defendant/Counterplaintiff Premark FEG, L.L.C. |

SO ORDERED this _____ day of April, 2008.

_____
United States District Court Judge

DB02:6752319.1
CH1 4240942v.1

065629.1001