IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | C.A. No. 06-594 (JJF) |
| ) | |
| v. ) | |
| ) | |
| PREMARK FEG, L.L.C., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## **STIPULATION AND ORDER**

**WHEREAS**, the parties to this action previously reached an agreement in principle to settle their dispute and entered into letters of intent regarding same;

**WHEREAS**, the Court previously granted the parties' stipulation to temporarily stay this action for 3 months;

**WHEREAS**, the parties are continuing to work towards completion of all actions necessary to resolve their dispute, and would like to devote their attention and resources these activities, rather than undergo the expense of continuing to litigate against each other;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for an additional 30 days from the entry of this Order.  At the conclusion of that 30-day period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth:  (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' views as to whether a further extension of this stay would be productive.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Karen E. Keller* | */s/ Anne Shea Gaza* |
| Josy W. Ingersoll (#1088) | Jeffrey L. Moyer (#3309) |
| John W. Shaw (#3362) | Anne Shea Gaza (#4093) |
| Karen E. Keller (#4489) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, DE 19081 |
| Wilmington, DE 19899-0391 | Telephone: (302) 651-7700 |
| Telephone: (302) 571-6600 | Facsimile: (302) 651-7701 |
| Facsimile: (302) 571-1253 | moyer@rlf.com |
| jshaw@ycst.com | gaza@rlf.com |
| kkeller@ycst.com | |
| OF COUNSEL: | OF COUNSEL: |
| Norman H. Zivin | Richard J. O'Brien |
| Tonia A. Sayour | Richard T. McCaulley |
| COOPER & DUNHAM LLP | Christopher B. Seaman |
| 1185 Avenue of the Americas | SIDLEY AUSTIN LLP |
| New York, NY 10036 | One South Dearborn Street |
| Telephone: (212) 278-0400 | Chicago, IL 60603 |
| Facsimile: (212) 391-0525 | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| Attorneys for Plaintiff/Counterdefendant Label$Dollars, Corp. | Attorneys for Defendant/Counterplaintiff Premark FEG, L.L.C. |

**SO ORDERED** this _____ day of July, 2008.

_____
Judge Joseph J. Farnan, Jr.,
U.S.D.C.

2