IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PREMARK FEG, L.L.C., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | C.A. No. 06-594 (JJF) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff/counterclaim defendant Label$Dollars, Corp. and defendant/counterclaim plaintiff Premark FEG, L.L.C. hereby stipulate to the dismissal of this action, including all respective claims and counterclaims, with prejudice pursuant to the Settlement Agreement and Mutual Release of All Claims dated July 29, 2008. Each side shall bear its own costs and attorney's fees, and neither side shall be considered a prevailing party for purposes of Fed. R. Civ. P. 54(d)(1) and 35 U.S.C. § 285.

**[SIGNATURES APPEAR ON NEXT PAGE]**

| | |
|---|---|
|     /s/ Karen E. Keller     <br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>jshaw@ycst.com<br>kkeller@ycst.com<br><br>OF COUNSEL:<br>Norman H. Zivin<br>Tonia A. Sayour<br>COOPER & DUNHAM LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 278-0400<br>Facsimile: (212) 391-0525<br><br>Attorneys for Plaintiff/Counterdefendant<br>Label$Dollars, Corp. |     /s/ Anne Shea Gaza     <br>Jeffrey L. Moyer (#3309)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>moyer@rlf.com<br>gaza@rlf.com<br><br>OF COUNSEL:<br>Richard J. O'Brien<br>Richard T. McCaulley<br>Christopher B. Seaman<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for Defendant/Counterplaintiff<br>Premark FEG, L.L.C. |

**SO ORDERED this** _____ **day of** _____, **2008.**

Judge Joseph J. Farnan, Jr.,
U.S.D.C.