AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv594 | DATE FILED<br>9/25/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Label$Dollars, Corp. | | DEFENDANT<br>Premark FEG L.L.C. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | U.S. 7,026,556 B1 | 4/11/2006 | Premark FEG L.L.C. |
| 2 | US 2003/0218330 A1 | 11/27/2003 | Lawrence Mortimer |
| 3 | US 7,099,038 B2 | 8/29/2006 | Premark FEG L.L.C. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation of Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature] Nicole M. Selmyer* | DATE<br>8/5/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABEL$DOLLARS, CORP., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PREMARK FEG, L.L.C., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | C.A. No. 06-594 (JJF) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff/counterclaim defendant Label$Dollars, Corp. and defendant/counterclaim plaintiff Premark FEG, L.L.C. hereby stipulate to the dismissal of this action, including all respective claims and counterclaims, with prejudice pursuant to the Settlement Agreement and Mutual Release of All Claims dated July 29, 2008. Each side shall bear its own costs and attorney's fees, and neither side shall be considered a prevailing party for purposes of Fed. R. Civ. P. 54(d)(1) and 35 U.S.C. § 285.

### [SIGNATURES APPEAR ON NEXT PAGE]

RLF1-3307375-1

| | |
|---|---|
| /s/ Karen E. Keller | /s/ Anne Shea Gaza |
| Josy W. Ingersoll (#1088) | Jeffrey L. Moyer (#3309) |
| John W. Shaw (#3362) | Anne Shea Gaza (#4093) |
| Karen E. Keller (#4489) | RICHARDS, LAYTON & FINGER, P.A. |
| YOUNG CONAWAY STARGATT & | One Rodney Square |
| TAYLOR, LLP | 920 North King Street |
| The Brandywine Building | Wilmington, DE 19801 |
| 1000 West Street, 17th Floor | Telephone: (302) 651-7700 |
| Wilmington, DE 19899-0391 | Facsimile: (302) 651-7701 |
| Telephone: (302) 571-6600 | moyer@rlf.com |
| Facsimile: (302) 571-1253 | gaza@rlf.com |
| jshaw@ycst.com | |
| kkeller@ycst.com | OF COUNSEL: |
| | Richard J. O'Brien |
| OF COUNSEL: | Richard T. McCaulley |
| Norman H. Zivin | Christopher B. Seaman |
| Tonia A. Sayour | SIDLEY AUSTIN LLP |
| COOPER & DUNHAM LLP | One South Dearborn Street |
| 1185 Avenue of the Americas | Chicago, IL 60603 |
| New York, NY 10036 | Telephone: (312) 853-7000 |
| Telephone: (212) 278-0400 | Facsimile: (312) 853-7036 |
| Facsimile: (212) 391-0525 | |
| | Attorneys for Defendant/Counterplaintiff |
| Attorneys for Plaintiff/Counterdefendant | Premark FEG, L.L.C. |
| Label$Dollars, Corp. | |

SO ORDERED this ____1____ day of August, 2008.

Judge Joseph J. Farnan, Jr.,
U.S.D.C.